## WHITMAN CO. v. TRAVERS BAILEY CO.

(Supreme Court, Appellate Term. November 24, 1905.)

Costs—Discontinuance at Trial.
    Under Municipal Court Act, Laws 1902, pp. 1585, 1586, c. 580, § 332, subds. 3, 6, providing that where, on defendant's nonappearance, plaintiff recovers judgment for more than $200 and less than $300, he shall be awarded $10 costs, and that, where defendant recovers on plaintiff's nonappearance, costs shall be awarded defendant in the same manner, defendant in an action for between $200 and $300 is entitled to $10 costs, where plaintiff discontinues after commencement of trial.

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by the Whitman Company against the Travers Bailey Company. From an order denying a motion to correct an indorsement of the decision on the summons, defendant appeals. Affirmed.

Argued before SCOTT, P. J., and GILDERSLEEVE and MacLEAN, JJ.

Ferguson & Ferguson, for appellant.
Bookstaver & Norton, for respondent.

PER CURIAM. After the trial had commenced and one witness had been examined, plaintiff moved to discontinue the action, which motion was granted, on payment of $10 costs. The defendant thereafter made a motion to correct the indorsement of the decision made by the justice on the summons by substituting $20 costs for $10 costs. The motion was denied, and defendant appeals from the

order denying the motion.    Municipal Court Act, Laws 1902, pp.
1585, 1586, c. 580, § 332, subds. 3, 6, and Blum v. O'Connor (Sup.)
84 N. Y. Supp. 207, apply here.    Where the summons demands be-
tween $200 and $300, and the action is discontinued, the defendant
gets $10 costs.

Order affirmed, with costs and disbursements.